```
                                            FILED
                                        2010 NOV 23 A 10: 51
                                         RICHARD W. WIEKING
                                        CLERK, U.S. DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 10 80 286 MISC

Ronald Grady Finch - #070822

_____/

**VRW**

### ORDER TO SHOW CAUSE

It appearing that Ronald Grady Finch has been suspended for not passing the professional responsibility exam by the State Bar Court effective October 25, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before December 27, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Ronald Grady Finch
Attorney At Law
5150 E Poinsettia Dr
Scottsdale, AZ 85254