IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                      No CV 10 80286 MISC VRW

Ronald Grady Finch,
                                              ORDER
State Bar No 70822

_____/

On November 23, 2010, the court issued an order to show cause (OSC) why Ronald Grady Finch should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California for failure to pass the professional responsibility exam, effective October 25, 2010.

The OSC was mailed to Mr Finch's address of record with the State Bar on November 24, 2010. A written response was due on or before December 27, 2010. No response to the OSC has been filed as of this date.

The court now orders Ronald Grady Finch removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge